```
Law Offices of Jeffrey Daly
Jeffrey N. Daly SBN 59034
P.O. Box 246
Middletown, CA 95461
(707) 987-9082  Facsimile  (707) 987-0982

Attorney for Plaintiff
RONALD J. ROBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. ROBB, | Case No. C 05-1932 CW |
| PLAINTIFF, | REQUEST FOR DISMISSAL |
| v. | |
| RITE AID CORPORATION, and DOES 1 through 20, inclusive, | |
| DEFENDANTS. | |

TO THE CLERK OF THE COURT   Please **dismiss** this action as follows

(1) Please dismiss with prejudice Plaintiff's Third Cause of Action for Negligent Infliction of Emotional Distress.

Date   August 26, 2005

Jeffrey N. Daly
Attorney for Plaintiff

**IT IS SO ORDERED**
United States District Court
Judge Claudia Wilken
Northern District of California

1
REQUEST FOR DISMISSAL – THIRD CAUSE OF ACTION
Robb v. Rite Aid Corporation, et al.;  C 05-1932 CW

1 | PROOF OF SERVICE BY E-MAIL

I, Patricia Giacomini, am over the age of 18 and not a party to the within action. My business address is P. O. Box 246, Middletown, CA 95461.

On August 26, 2005, I served the within REQUEST FOR DISMISSAL – THIRD CAUSE OF ACTION on the interested parties in this action by transmitting a true copy thereof by email addressed as follows

> AnnMarie M. Liermann
> Kelly, Herlihy & Klein, LLP
> aliermann@kelher.com

Executed on August 26, 2005, at Middletown, CA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                Patricia Giacomini

## DECLARATION

I, the undersigned attorney for RONALD J. ROBB, hereby declare I, or members of my staff, have examined the signature of Patricia Giacomini on the foregoing Proof of Service and compared it to a signature we have on record and that to the best of my knowledge and belief said signature is authentic and genuine and said Proof of Service was duly executed by Patricia Giacomini.

Dated   August 26, 2005

                                                  Jeffrey N. Daly
                                                Attorney for Plaintiff