JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104
Telephone:      415/951-0535
Facsimile:      415/391-7808

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. ROBB,<br><br>        Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION and DOES 1<br>through 20, inclusive,<br><br>        Defendants. | ) CASE NO. C 05-01932 CW<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **SELECTING ADR PROCESS**<br>)<br>) **ADR CERTIFICATION**<br>)<br>)<br>) |

1    The parties stipulate to participate in the following ADR process:

2   **Court Processes:**

3    ___ Arbitration          ___ ENE        ___ Mediation

4

5   **Private Process:**

6    _X_ Private ADR (Mediation): The parties will mediate with Hon. Rebecca Westerfield

7    (Ret.) of JAMS on February 8, 2006.

8   _____

9

10   Dated:  September 8, 2005              KELLY, HERLIHY & KLEIN, LLP

11

12                                          /s/ Annmarie M. Liermann
                                            JONATHAN ALLAN KLEIN
13                                          ANNMARIE M. LIERMANN
                                            Counsel for Defendant RITE AID CORPORATION
14

15   Dated:  September 8, 2005

16

17                                          /s/ Jeffrey N. Daly
                                            JEFFREY N. DALY
18                                          Counsel for Plaintiff RONALD J. ROBB

19

20   **IT IS SO ORDERED**

21      9/13/05                             /s/ CLAUDIA WILKEN

22   Dated:_____         _____

23                                          JUDGE CLAUDIA WILKEN
                                            UNITED STATES DISTRICT  JUDGE
24

25

26

27   _____

28   STIPULATION AND ORDER SELECTING              CASE NO. C 05-01932
     ADR PROCESS / ADR CERTIFICATION        2

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

**Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.**

Dated: _____, 2005

_____
RONALD J. ROBB, Plaintiff

Dated: _____, 2005

_____
JEFFREY N. DALY
Counsel for Plaintiff RONALD J. ROBB

Dated: _____, 2005

_____
MARILYN MCCLURE-DEMERS
For RITE AID CORPORATION, Defendant

Dated: _____, 2005

_____
JONATHAN ALLAN KLEIN
ANNMARIE M. LIERMANN
Counsel for Defendant RITE AID CORPORATION