JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104
Telephone:    415/951-0535
Facsimile:    415/391-7808
jaklein@kelher.com
aliermann@kelher.com

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. ROBB, <br><br> Plaintiff, <br> v. <br><br> RITE AID CORPORATION and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. C 05-01932 CW <br><br> **ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES [FRCP 16(b)]** |

      The parties, through their respective counsel and pursuant to FRCP 16(b) and Local Rule 16-2(d), hereby stipulate and apply to the court to continue the case-dispositive motion, expert disclosure, and expert discovery cut-off dates established by the Court's Case Management Order of October 4, 2005.

      Subject to the approval of the Court in the Order proposed below, the parties stipulate to continue the case-dispositive motion cut-off date from Friday, April 21, 2006 to and including <u>Friday, August 18, 2006.</u> The parties also stipulate to continuing the expert disclosure

---

STIPULATION AND [PROPOSED] ORDER       CASE NO. C 05-01932 CW
TO CONTINUE CASE MANAGEMENT
ORDER DATES      1

cut-off date from June 23, 2006 to and including <u>Friday, October 23, 2006</u>, and the expert discovery cut-off date from July 28, 2006 to and including <u>Friday, November 24, 2006</u>.

Without the extension of the dispositive motion cut-off date, the parties will be effectively precluded from filing such motions and aiding the Court in the possible disposition of this matter.  The parties request the continuance of the expert disclosure and expert discovery cut-off dates until after the dispositive motion cut-off date so as to avoid any potentially unnecessary expert-related fees and costs.  The parties <u>do not</u> request a continuance of the fact discovery cut-off, pre-trial conference, or trial dates.

Good cause exists for the requested modifications.  The parties did not anticipate at the time of the Scheduling Conference that Plaintiff, a Washington state resident, would begin new employment; this new employment has complicated the scheduling of his deposition and the mediation.  Also unanticipated was that the Court would set a dispositive motion cut-off date before the close of fact discovery.  At the time of the Case Management Conference, both parties anticipated having until their agreed-upon discovery cut-off date (June 16) in which to complete the out-of-state percipient witness depositions that they need to draft and oppose dispositive motions.  Moreover, when the parties met and conferred in September 2005 and agreed upon certain case management dates, they had assumed trial would be set for or near the date of their agreement, in September 2006; they did not know that the Court would be unavailable for trial until February 2007.  Finally, under the current Case Management Order, the parties would have to file their dispositive motions before the April 3, 2006 mediation, which would significantly undermine settlement negotiations.

No parties will be prejudiced by this continuance.  All have agreed to it.  This is the first such request for a continuance and is timely made.

STIPULATION AND [PROPOSED] ORDER  
TO CONTINUE CASE MANAGEMENT  
ORDER DATES                                                    2

CASE NO.  C 05-01932 CW

In summary, the parties stipulate to and request that the Court modify its Case Management Order to read as follows:

    1.    Fact Discovery Cut-Off:    June 16, 2006

    2.    Dispositive Motion Cut-off & FCMC    **September 1, 2006**

    3.    Expert Witness Disclosures:    October 20, 2006

    4.    Expert Witness Discovery Cut-Off:    November 24, 2006

    5.    Pre-Trial Conference Date:    January 26, 2007

    6.    Trial:    February 5, 2007

IT IS SO STIPULATED.

Dated: March 8, 2006    KELLY, HERLIHY & KLEIN LLP

/s/ Annmarie M. Liermann
JONATHAN ALLAN KLEIN
ANNMARIE M. LIERMANN
Counsel for Defendant RITE AID CORPORATION

Dated: March 8, 2006

/s/ Jeffrey N. Daly
JEFFREY N. DALY
Counsel for Plaintiff RONALD J. ROBB

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:    3/13/06

JUDGE CLAUDIA WILKEN
Judge of the United States District Court,
Northern District of California

---

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
ORDER DATES    3    CASE NO. C 05-01932 CW