1  JONATHAN ALLAN KLEIN (SBN 162071)
   ANNMARIE M. LIERMANN (SBN 215116)
2  KELLY, HERLIHY & KLEIN LLP
   44 MONTGOMERY STREET, SUITE 2500
3  SAN FRANCISCO, CALIFORNIA 94104
   Telephone:    415/951-0535
4  Facsimile:    415/391-7808
   jaklein@kelher.com
5  aliermann@kelher.com

6  Attorneys for Defendant
   RITE AID CORPORATION
7

8

9  **UNITED STATES DISTRICT COURT FOR THE**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | RONALD J. ROBB, | ) CASE NO. C 05-01932 CW
                     ) 
13 |     Plaintiff,    |  )
   | v.                |  ) **STIPULATION AND ORDER FOR**
14 |                   |  ) **DISMISSAL OF ALL CLAIMS WITH**
   | RITE AID CORPORATION and DOES 1 |  ) **PREJUDICE**
15 | through 20, inclusive,           |  )
                                       )
16                                     )
                                       ) Trial: February 5, 2007
17 |     Defendants.   |  )

18

19 / / /

20 / / /

21

---

STIPULATION AND [PROPOSED] ORDER                        CASE NO. C 05-01932 CW
TO DISMISS WITH PREJUDICE                  1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties, Plaintiff Ronald J. Robb and Defendant Rite Aid Corporation, through their counsel, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all defendants, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: __April 11__, 2006    LAW OFFICE OF JEFFREY N. DALY

   /s/ Jeffrey N. Daly
JEFFREY N. DALY, ESQ.
Counsel for Plaintiff RONALD J. ROBB

Dated: __April 24__, 2006    KELLY, HERLIHY & KLEIN, LLP

   /s/ Annmarie M. Liermann
JONATHAN ALLAN KLEIN
ANNMARIE M. LIERMANN
Counsel for Defendant RITE AID CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __5/11/06__    _Claudia Wilken_
JUDGE CLAUDIA WILKEN
Judge of the United States District Court,
Northern District of California

---

STIPULATION AND [PROPOSED] ORDER         CASE NO. C 05-01932 CW
TO DISMISS WITH PREJUDICE         2

1  JONATHAN ALLAN KLEIN (SBN 162071)
   ANNMARIE M. LIERMANN (SBN 215116)
2  KELLY, HERLIHY & KLEIN LLP
   44 MONTGOMERY STREET, SUITE 2500
3  SAN FRANCISCO, CALIFORNIA 94104
   Telephone:    415/951-0535
4  Facsimile:    415/391-7808
   jaklein@kelher.com
5  aliermann@kelher.com

6  Attorneys for Defendant
   RITE AID CORPORATION

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD J. ROBB, | CASE NO. C 05-01932 CW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| RITE AID CORPORATION and DOES 1 through 20, inclusive, | |
| | Trial: February 5, 2007 |
| Defendants. | |

/ / /

/ / /

___

STIPULATION AND [PROPOSED] ORDER                    CASE NO.  C 05-01932 CW
TO DISMISS WITH PREJUDICE              1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties, Plaintiff Ronald J. Robb and Defendant Rite Aid Corporation, through their counsel, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all defendants, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:   April 11  , 2006            LAW OFFICE OF JEFFREY N. DALY


   /s/ Jeffrey N. Daly
JEFFREY N. DALY, ESQ.
Counsel for Plaintiff RONALD J. ROBB


Dated:   April 24  , 2006            KELLY, HERLIHY & KLEIN, LLP


   /s/ Annmarie M. Liermann
JONATHAN ALLAN KLEIN
ANNMARIE M. LIERMANN
Counsel for Defendant RITE AID CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

                5/11/06
DATED: _____            _____
                                    JUDGE CLAUDIA WILKEN
                                    Judge of the United States District Court,
                                    Northern District of California

---

STIPULATION AND [PROPOSED] ORDER            CASE NO.  C 05-01932 CW
TO DISMISS WITH PREJUDICE            2